UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CLEGHORN FINANCIAL OPERATIONS, INC., individually and on behalf of a class of similarly situated businesses and individuals,<br><br>  Plaintiff,<br><br>v.<br><br>AMERIS BANK, COLONY BANK, AND SOUTH GEORGIA BANKING COMPANY<br><br>  Defendants. | Case No. 1:20-cv-00142-LAG |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Defendants Ameris Bank, Colony Bank, and South Georgia Banking Company provide this Notice of Supplemental Authority in support of their Motion to Dismiss (Dkt. No. 34). Defendants inform the Court that an order has been entered in a similar Paycheck Protection Program "agent fees" case granting the defendant's motion to dismiss that plaintiff's complaint. The order was entered on December 15, 2020 in *Radix Law PLC v. Silicon Valley Bank*, No. CV-20-0103-PHX-DWL, by Hon. Dominic W. Lanza, United States District Judge, District of Arizona. The order is attached hereto as Exhibit A.

In addition, Defendants inform the Court that, on the business day before Defendants filed their Reply Brief in Support of Their Motion to Dismiss (Dkt. No. 39) an order was entered in another Paycheck Protection Program "agent fees" granting the defendant's motion to dismiss. The order was entered on December 4, 2020 in *Lopez v. Bank of Am., N.A.*, No. 20-cv-04174-JST, by Hon. Jon. S. Tigar, United States District Judge, Northern District of California. The order is attached hereto as Exhibit B.

Respectfully submitted, this 21st day of December, 2020.

*/s/ Christopher Riley*
Christopher Riley
Georgia Bar No. 605634
Bria Stephens
Georgia Bar No. 925038
**ALSTON & BIRD, LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
chris.riley@alston.com
bria.stephens@alston.com

*Attorneys for Colony Bank*

*/s/ M. Drew DeMott*
M. Drew DeMott
Georgia Bar No. 217655
Matthew E. Eutzler
Georgia Bar No. 102706
**MOORE, CLARKE, DUVALL & RODGERS, P.C.**
33 Bull Street, Suite 203
Savannah, Georgia 31401
Telephone: (912) 234-0995
Facsimile: (912) 234-0997
ddemott@mcdr-law.com
meutzler@mcdr-law.com

*Attorneys for Defendant South Georgia Banking Company*

/s/ Benjamin J. Razi
Benjamin J. Razi
**COVINGTON & BURLING LLP***
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5463
Email: brazi@cov.com
*Admitted Pro Hac Vice*

*Attorney for Defendant Ameris Bank*

2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | |
|---|---|
| CLEGHORN FINANCIAL OPERATIONS, INC., individually and on behalf of a class of similarly situated businesses and individuals,<br><br>    Plaintiff,<br><br>v.<br><br>AMERIS BANK, COLONY BANK, AND SOUTH GEORGIA BANKING COMPANY<br><br>    Defendants. | Case No. 1:20-cv-00142-LAG |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of December 2020, I electronically filed the foregoing **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    */s/ Christopher Riley*
    Christopher Riley
    Georgia Bar No. 605634