# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| CLEGHORN FINANCIAL OPERATIONS, INC., individually and on behalf of a class of similarly situated businesses and individuals,<br><br>Plaintiff,<br><br>v.<br><br>AMERIS BANK, COLONY BANK, AND SOUTH GEORGIA BANKING COMPANY<br><br>Defendants. | Case No. 1:20-cv-00142-LAG |

## STIPULATION OF DISMISSAL

Plaintiff, Cleghorn Financial Operations, Inc., pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants Ameris Bank, Colony Bank, and South Georgia Banking Company. The parties agree that each party shall bear its own costs and fees. No Defendant has filed an Answer to the Complaint nor filed a Motion for Summary Judgment in this matter.

Respectfully submitted, this 11th day of January, 2021.

*s/ James F. McDonough, III*
James F. McDonough, III
GA Bar No.: 117088
jmcdonough@hgdlawfirm.com
**HENINGER GARRISON DAVIS, LLC**
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: 404-996-0869
Facsimile: 205-326-3332

W. Lewis Garrison, Jr.
GA Bar No.: 286815
lewis@hgdlawfirm.com
**HENINGER GARRISON DAVIS, LLC**
2224 1stAvenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332

**GERAGOS & GERAGOS, APC**
Mark J. Geragos*
geragos@geragos.com
Ben J. Meiselas*
meiselas@geragos.com
Matthew M. Hoesly*
mhoesly@geragos.com
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

**GRAYLAW GROUP, INC.**
Michael E. Adler*
meadler@graylawinc.com
26500 Agoura Road, #102-127
Calabasas, California 91302
Telephone: (818) 532-2833
Facsimile: (818) 532-2834

**DHILLON LAW GROUP INC.**
Harmeet K. Dhillon*
harmeet@dhillonlaw.com
Nitoj P. Singh*
nsingh@dhillonlaw.com
177 Post St., Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

*Attorneys for Plaintiff and the Proposed Class*

/s/ *Christopher Riley*
Christopher Riley
Georgia Bar No. 605634
Bria Stephens
Georgia Bar No. 925038
**ALSTON & BIRD, LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
chris.riley@alston.com
bria.stephens@alston.com
*Attorneys for Colony Bank*

/s/ *M. Drew DeMott*
M. Drew DeMott
Georgia Bar No. 217655
Matthew E. Eutzler
Georgia Bar No. 102706
**MOORE, CLARKE, DUVALL & RODGERS, P.C.**
33 Bull Street, Suite 203
Savannah, Georgia 31401
Telephone: (912) 234-0995
Facsimile: (912) 234-0997
ddemott@mcdr-law.com
meutzler@mcdr-law.com

*Attorneys for Defendant South Georgia Banking Company*

/s/ Benjamin J. Razi
Benjamin J. Razi
**COVINGTON & BURLING LLP\***
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5463
Email: brazi@cov.com
*Admitted Pro Hac Vice*

*Attorney for Defendant Ameris Bank*

2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| CLEGHORN FINANCIAL OPERATIONS, INC., individually and on behalf of a class of similarly situated businesses and individuals,<br><br>    Plaintiff,<br><br>v.<br><br>AMERIS BANK, COLONY BANK, AND SOUTH GEORGIA BANKING COMPANY<br><br>    Defendants. | Case No. 1:20-cv-00142-LAG |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of January 2020, I electronically filed the foregoing **STIPULATION OF DISMISSAL** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                    */s/ James F. McDonough, III*
                                                    James F. McDonough, III
                                                    Georgia Bar No. 117088